FILED
OCT 0 7 2020
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____KMT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 20-258 R |
| ANNALEA ESLICK, | ) ) | Violation: 18 U.S.C. § 1623 |
| Defendant. | ) ) | |

## INDICTMENT

The Federal Grand Jury charges:

### Introduction

At all times relevant to the Indictment herein, the Federal Grand Jury, sitting in the Western District of Oklahoma, was conducting an investigation to determine whether violations of Title 18, United States Code, Section 922(g)(1) and Title 21, United States Code, Section 841(a)(1), had been committed, and if so, to identify the persons who had committed, caused the commission of, and conspired to commit such violations. It was material to the said investigation that the Federal Grand Jury ascertain when and if J.H., from on or about August 9, 2019, through on or about August 28, 2019, had access to a vehicle registered in the name of the **ANNALEA ESLICK**, specifically a 2016 Nissan Altima, bearing vehicle identification number 1N4AL3AP5GN329594 (the "2016 Nissan Altima").

## COUNT 1
### (Making False Declaration to a Grand Jury)

On or about July 7, 2020, in the Western District of Oklahoma,

-------------------------------------ANNALEA ESLICK, -------------------------------------

while under oath and testifying in a proceeding before the Federal Grand Jury of the United States in the Western District of Oklahoma, knowingly made a materially false statement, knowing such statement was false, as follows:

**ANNALEA ESLICK** testified that she told police officers on August 28, 2019, that J.H. "had access to [the 2016 Nissan Altima] a couple times. But anytime he was in the vehicle, I was in the vehicle"; when in truth and in fact, on August 28, 2019, **ANNALEA ESLICK** told police officers that J.H. had recently taken [the 2016 Nissan Altima] to a wedding during the weekend prior to August 28, 2019.

All in violation of Title 18, United States Code, Section 1623.

## COUNT 2
### (Making False Declaration to a Grand Jury)

On or about July 7, 2020, in the Western District of Oklahoma,

-------------------------------------ANNALEA ESLICK, -------------------------------------

while under oath and testifying in a proceeding before the Federal Grand Jury of the United States in the Western District of Oklahoma, knowingly made a materially false statement, knowing such statement was false, as follows:

**ANNALEA ESLICK** testified that on or about August 27, 2019, J.H.'s friend, "Kenzie," picked up J.H.'s belongings from C.S. and left them in the 2016 Nissan Altima;

2

when in truth and in fact, no person picked up any belongings from C.S. on or about August 27, 2019.

All in violation of Title 18, United States Code, Section 1623.

A TRUE BILL:

/s/ Brenda I Dorsey
FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

*(signature)*

NICK COFFEY
Assistant United States Attorney